IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
AUGUST IMAGE, LLC,              :    CIVIL ACTION
                                :    NO. 20-02553
          Plaintiff,            :
     v.                         :
                                :
AOC BRANDS, LLC                 :
AND ANNE ENKE,                  :
                                :
          Defendants.           :
```

**JUDGMENT**

**AND NOW**, this **20th** day of **September, 2021,** it is hereby **ORDERED** that **JUDGMENT** is **ENTERED** in favor of Plaintiff August Image, LLC, and against Defendants AOC Brands, LLC and Anne Enke, in the amount of $57,500, plus $4,611.15 in attorneys' fees and costs.

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**